The People of the State of Illinois, Plaintiff-Appellee, *v.* Manuel Johnson, Defendant-Appellant.

(No. 58763; )

First District (5th Division)—July 26, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and William J. Haddad, Assistant State's Attorneys, of counsel), for the People.